**Order filed April 13, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00185-CV
_____

## NOBLE DRILLING (U.S.) LLC, Appellant

## V.

## ERIC WHEELER, Appellee

**On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Cause No. 21-DCV-287270**

## ORDER

On April 4, 2022, appellee was requested to file within seven days a response to a motion for emergency stay and motion to expedite this appeal filed by appellant, in association with a trial court order to pay daily maintenance and cure benefits to appellee. On April 8, 2022, appellee filed a motion for an extension to May 16, 2022 to file his response to the motion.

Appellant filed a brief and alternatively petition for writ of mandamus on March 31, 2022. Appellee has filed an unopposed motion for extension of time to file appellee's response to appellant's petition for writ of mandamus, which we construe as including a request to extend time to file appellee's brief.

Appellant Noble Drilling (U.S.) LLC's opposed motion for emergency stay and motion to expedite appeal is granted in part. The court temporarily stays the trial court's March 2, 2022 order pending filing of appellee's response and until further order of this court. Additional relief requested in the motion remains under consideration.

Appellee's motion for extension to file appellee's response to appellant's motion for emergency stay and motion to expedite the appeal is granted. Appellee's response is due **May 16, 2022**.

Appellee's unopposed motion for extension of time to file appellee's response to appellant's petition for writ of mandamus, which we construe as including a request to extend time to file appellee's brief, is granted. Appellee's brief or alternatively response to petition for writ of mandamus is due **May 20, 2022**. No further extensions of this deadline will be granted absent exceptional circumstances.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.